IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER DEPUY,<br><br>               Plaintiff,<br>V.<br><br>CAROLYN COLVIN, Acting Commissioner<br>of Social Security,<br><br>               Defendant. | **8:14CV10**<br><br>**ORDER** |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to §206(b)(l) of the Social Security Act, 42 U.S.C. § 406(b)(l). Defendant has no objection to the awarding of fees and expenses in the amount of $3,004.75, the amount requested by Plaintiff's counsel for work done at the federal court level. This amount represents 17.17 hours of attorney work at $175.00 per hour.

The Plaintiff was the prevailing party in this action; the Commissioner's decision was reversed and the matter was remanded for further proceedings; the position of the Commissioner was not substantially justified; the application for fees was filed in a timely fashion; and the Plaintiff's net worth did not exceed $2 million when the action was filed. Plaintiff therefore is entitled to an award of reasonable attorney fees, and the requested amount is reasonable.

Accordingly,

IT IS ORDERED:

1) Plaintiff's application for attorneys fees (filing no. 23) is granted; and

2) By separate document, the court will enter judgment for Plaintiff and against Defendant providing that Plaintiff is awarded attorney fees of $3,004.75.

March 21, 2016.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge