IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HEATHER DEPUY, | |
|---|---|
| Plaintiff, | 8:14CV10 |
| V. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | **JUDGMENT** |
| Defendant. | |

Judgment is hereby entered in favor of Heather Depuy, and against the defendant. Defendant shall pay $3,004.75 in attorney fees, minus any service fee provided by law, to Plaintiff's counsel.

March 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge